APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shalea Oliver | : | CIVIL ACTION |
| v. | : | |
| SEIU Local 688, et al. | : | NO. 19-0891 |

## ORDER

AND NOW, this _____ Day of _____, _____, it is hereby

ORDERED that the application of <u>Jeffrey Schwab</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 19-0891

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Jeffrey Schwab__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Illinois | 11/09/2006 | 6290710 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| N.D. of IL | 01/11/2007 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 7th Circuit | 10/31/2014 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Supreme Court | 01/16/2018 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Shalea Oliver

_____
(Applicant's Signature)

03/15/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Liberty Justice Center

190 South LaSalle Street, Suite 1500, Chicago, Illinois 60603

312-263-7668

Sworn and subscribed before me this

____ Day of _____, 200___

_____
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Jeffrey Schwab___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles O. Beckley II | _[signature]_ | 1/23/2006 | PA 47564 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Beckley & Madden LLC

212 N. Third St., Suite 301, Harrisburg, PA 17101

717-233-7691

Sworn and subscribed before me this

25th Day of March, 2019

_[signature]_
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RACHEL M MARREN
Notary Public
CITY OF HARRISBURG DAUPHIN COUNTY
My Commission Expires May 2, 2020
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shalea Oliver | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEIU Local 688, et al. | : | |
| | : | NO.  19-0891 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Jeffrey Schwab___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Matthew Skolnik, Office of Attorney General, 1600 Arch St., Ste. 300

Philadelphia, PA 19103, mskolnik@attorneygeneral.gov, *pursuant to the Court's Electronic Case Filing (ECF) system.*

Signature of Attorney

Charles O. Beckley II
Name of Attorney

Shalea Oliver
Name of Moving Party

3/25/19
Date