# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHALEA OLIVER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 19-891** |
| v. | : | |
| | : | |
| **SERVICE EMPLOYEES** | : | |
| **INTERNATIONAL UNION LOCAL 668** | : | |
| **ET AL.,** | : | |
| **Defendants.** | : | |

## ORDER

This 12th day of November, 2019, for the reasons stated in the accompanying memorandum, the Commonwealth Defendants' Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment against Commonwealth Defendants is **DENIED**. Plaintiff's Complaint against the Commonwealth Defendants is **DISMISSED** with prejudice.


    /s/ Gerald Austin McHugh
United States District Judge